# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Carl Green,

        Plaintiff,

Case No. 19-cv-2949 (SRN/ECW)

v.

**ORDER**

Bayview Loan Servicing, Inc.,

        Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 12, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) [Doc. No. 3] is **GRANTED** and the Complaint is dismissed **WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 26, 2020                                      <u>s/Susan Richard Nelson</u>
                                                              SUSAN RICHARD NELSON
                                                              United States District Judge